## People of the State of Illinois, Defendant in Error, v. Dennis Kelly, Plaintiff in Error.

Gen. No. 9,682.

opinion filed January 14, 1942; rehearing denied February 27, 1942; Harold Levy, for plaintiff in error; Wm. Scott Stewart, of counsel; James E. Burke, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."